*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 21-BG-268**

IN RE JOHN T. RIELY

**2020 DDN 243**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 391840**

BEFORE: Thompson and McLeese, Associate Judges, and Nebeker, Senior Judge.

### O R D E R
(FILED— August 12, 2021)

On consideration of the certified order of the Court of Appeals of Maryland indefinitely suspending respondent from the practice of law in that jurisdiction with the right to seek reinstatement after one year; this court's May 6, 2021, order suspending respondent pending resolution of this matter and directing him to show cause why equivalent reciprocal discipline in the form of a one-year suspension with a fitness requirement should not be imposed; and the statement of Disciplinary Counsel; and it appearing that respondent failed to file either a response to this court's order to show cause or his D.C. Bar R. XI, §14(g) affidavit, it is

ORDERED that John T. Riely is hereby suspended from the practice of law in the District of Columbia for a period of one year with reinstatement contingent upon a showing of fitness. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

**No. 21-BG-268**


FURTHER ORDERED that for purposes of reinstatement respondent's suspension will not begin to run until such time as he files his D.C. Bar R. XI, § 14(g) affidavit.


**PER CURIAM**